UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:

CHARLES M. GLASS                                                CASE NO. 08-11863

              DEBTOR

JERRY A. BURNS, TRUSTEE                                         A.P. NO. _____

vs.

BAC HOME LOANS SERVICING L.P.
f/k/a COUNTRYWIDE HOME LOANS SERVICING, L.P.
c/o BANK OF AMERICA/COUNTRYWIDE (TX)

              DEFENDANT

## COMPLAINT TO AVOID MORTGAGE

_____Comes now the Trustee, Jerry A. Burns, and respectfully states the follows:

1. That he is the duly acting and qualified Trustee in the above referenced bankruptcy case.

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C.§ 1334 & 157.

3. This is a Core Proceeding within the meaning of 28 U.S.C. § 157 (b) d (F).

4. The Defendant has heretofore filed a mortgage foreclosure action in the Warren Circuit Court, Division No. 1, Case No. 09-CI-1935 filed on or about the 9th day of November, 2009. A copy of the said complaint is attached as Exhibit A and is referred to as if copied fully herein.

5. The mortgage referred to in the aforesaid complaint was not recorded as of December 29, 2008, the date the Debtor filed the petition in this case.

6. Further, paragraph 9 of said complaint states inter alia "...the mortgage executed

by Charles M. & Leslie L. Glass and delivered by them to the Debtors omitted the legal description from said mortgage."

7. Pursuant to 11.U.S.C. § 544 (a)(3) said mortgage is avoidable since the undersigned trustee shall have the rights and powers of and may avoid any transfer of property of the Debtor or any obligation incurred by the debtor that is voidable by a bonafide purchaser of real property, other than fixtures, from the Debtor, against whom applicable law permits such transfer to be perfected, that obtains the status of a bonafide purchaser and has perfected such transfer at the time of the commencement of the case, whether or not such purchaser exist.

8. Since said mortgage was not recorded as of the date of the filing of the petition and also fails to include a legal description of the property the mortgage seeks to encumber, said mortgage is voidable by this Court pursuant to 11 U.S.C. § 544 and the undersigned does hereby seek to have said mortgage avoided.

**WHEREFORE**, the Plaintiff prays that the aforesaid mortgage be set aside and for all other relief to which the Plaintiff may be entitled.

This 12th day of February 2010.

/s/ Jerry A. Burns
Chapter 7 Trustee
1719 Ashley Circle, Ste 120
Bowling Green, Kentucky 42104
(270) 796-9090-Phone
(270) 746-0591-Fax

## CERTIFICATE OF SERVICE

It is hereby certified that the above and foregoing was this the 12th day of February, 2010, served by mail upon the following:

Hon. Joseph Golden
Asst. U S Trustee
Suite 512, 601 West Broadway
Louisville KY 40202

Hon. Roger Bryant
1017 Kentucky Street
Bowling Green, KY 42101

Hon. Patricia Johnson
LERNER, SAMPSON & ROTHFUSS
PO Box 5480
Cincinnatti, Ohio 45201-5480

Hon. Jeffrey Stein
918 State Street
PO Box 1220
Bowling Green, Kentucky 42102

By: /s/ Jerry A. Burns
     Jerry A. Burns, Trustee